IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUAN VEGA
ADC # 130852                                                             PLAINTIFF

v.                    No. 4:24-cv-1040-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;  LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;  WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;  ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;  WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;  SARAH HUCKABEE
SANDERS, Governor, Arkansas;  and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                            DEFENDANTS

## ORDER

**1.** Vega hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*. He must do one or the other by 3 February 2025. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Vega an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Vega will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** Vega's motion for the appointment of counsel, *Doc. 2*, is denied without prejudice. The case is young and not yet screened. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025