## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JUAN VEGA                                                    PLAINTIFF
ADC # 130852

v.                              No. 4:24-cv-1040-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;   LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;   WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;   ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;   WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;   SARAH HUCKABEE
SANDERS, Governor, Arkansas;   and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                   DEFENDANTS

### ORDER

Vega hasn't paid the filing fee or moved to proceed *in forma pauperis* and the time to do so has passed.   *Doc. 4.*   His complaint will therefore be dismissed without prejudice.   Local Rule 5.5(c)(2).   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

12 February 2025