IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUAN VEGA
ADC # 130852                                                              PLAINTIFF

v.                              No. 4:24-cv-1040-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;  LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;  WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;  ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;  WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;  SARAH HUCKABEE
SANDERS, Governor, Arkansas;  and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                             DEFENDANTS

## JUDGMENT

Vega's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2025